# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Eduardo Reyes-Salazar,

Defendant.

Case No. 19-cr-03181-CAB-3

JUDGMENT OF DISMISSAL

FILED JAN 14 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information: 8:1324(a)(1)(A)(ii),(v)(I),(a)(1)(B)(i) - Conspiracy to Transport Certain Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) - Transportation of Certain Aliens

Dated: 1/14/20

Hon. Bernard G. Skomal
United States Magistrate Judge